```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

FRANCIS LANDERS,

                          Plaintiff,

                  - v -

LISA POQUETTE,

                          Defendant.

------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

                          ORDER

                          08 Civ. 10331 (NRB)

        **WHEREAS** the parties have informed the Court that they will

be adjudicating the underlying dispute in this action through a

binding arbitration; it is hereby

        **ORDERED** that the case is dismissed without prejudice to

reopening for purposes of enforcing an arbitral award.

Dated:    New York, New York
          December 18, 2009

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE